ORIGINAL FILED

SEP 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   James J. Tamulski (State Bar #64880)
2  Jared A. Washkowitz (State Bar #226211)
   49 Stevenson Street, Suite 400
3  San Francisco, CA  94105
   Telephone:    (415) 227-9455
4  Facsimile:    (415) 227-4255
   E-Mail:       jtamulski@edptlaw.com
5                kessick@edptlaw.com

6  Attorneys for Defendants
   THOR DAHL CONTAINERSHIPS KS and
7  JAHRE-WALLEM AS

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  THOMAS VILLEGGIANTE,                    | Case No.:
13          Plaintiff,                      | NOTICE OF REMOVAL OF ACTION
                                            | UNDER 28 U.S.C. §1441(b)
14  vs.                                     | (DIVERSITY)
15  HYUNDAI MERCHANT MARINE CO.
    LTD.; HYUNDAI AMERICAN SHIPPING
16  AGENCY INC.; THOR DAHL
    CONTAINERSHIPS KS;
17  JAHRE-WALLEM AS and DOES 1-40,

                                                         MEJ
18          Defendants.

19

20  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21  PLEASE TAKE NOTICE THAT Defendants Thor Dahl Containership KS ("Thor Dahl")

22
    and JAHRE-WALLEM AS ("Jahre-Wallem") hereby remove to this Court the state court action
23

24  described below:

25                              **Jurisdiction**

26      1. This action is a civil action of which this Court has original jurisdiction under 28

27

28
                                        - 1 -
EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

NOTICE OF REMOVAL
Case No.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Notice of Removal.doc

U.S.C. §1332, and is one which may be removed to this Court by Thor Dahl and Jahre-Wallem pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different nations and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

### Intradistrict Assignment

2. A substantial part of the events or omissions that give rise to the claim allegedly occurred in the County of Alameda. This action is commenced in the San Francisco Division of the Northern District of California.

3. On October 11, 2006, plaintiff Thomas Villeggiante ("Plaintiff") commenced in the Superior Court of the State of California, in and for the County of Alameda ("Superior Court"), an action entitled *Thomas Villeggiante v. Hyundai Merhant Marine Co., Ltd. et al.*, Case Number RG06292862. This action named Hyundai Merchant Marine Co., Ltd., Hyundai American Shipping Agency, Inc., and Does 1-40 as defendants.

4. Plaintiff filed a First Amended Complaint on December 15, 2006. The First Amended Complaint named the previous defendants in addition to Thor Dahl and Jahre-Wallem. True and correct copies of the First Amended Complaint and Summons are attached as exhibits to the Declaration of Jared A. Washkowitz, filed contemporaneously herewith.

5. On January 23, 2007, Hyundai Merchant Marine Co., Ltd. and Hyundai American Shipping Agency, Inc. were dismissed from the First Amended Complaint without prejudice. A true and correct of the Request for Dismissal is attached as an exhibit to the Declaration of Jared A. Washkowitz, filed contemporaneously herewith.

6. On or about August 21, 2007, both Thor Dahl and Jahre-Wallem were served, by hand delivery from the Ministry of Justice in Oslo, Norway, Plaintiff's First Amended Complaint, Superior Court Summons, and other initial documents. Plaintiff's Proofs of Service with respect

- 2 -
NOTICE OF REMOVAL
Case No.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Notice of Removal.doc

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

to these defendants are attached as exhibits to the Declaration of Jared A. Washkowitz, filed contemporaneously herewith.

7. While the First Amended Complaint does not set forth the specific amount of damages being sought, the facts stated on the face thereof indicate that the matter in controversy exceeds $75,000.00. First, Plaintiff, a longshoreman, alleges severe personal injury for which he claims damages including wage loss, hospital and medical expenses, loss of earning capacity, and general damages. Based on past experience, common sense, and Plaintiff's allegations, there is an extreme likelihood that Plaintiff's alleged damages will greatly exceed $75,000.00. Second, the undersigned requested Plaintiff's counsel to stipulate that Plaintiff's damages do not exceed $75,000.00. To date, counsel has not responded to this request, and the undersigned has no reason to believe that Plaintiff's counsel would make such a stipulation. Third, Plaintiff's case management statement indicates that Plaintiff suffered a back injury, that the case is exempt from judicial arbitration (meaning more than $50,000 is sought), and that trial is expected to last five days. Accordingly, Thor Dahl and Jahre-Wallem are informed and believe that the amount in controversy exceeds $75,000.00. See Declaration of Jared A. Washkowitz.

8. Based on the allegations of the Complaint, Thor Dahl and Jahre-Wallem are informed and believe that Plaintiff was, and still is, a citizen of the State of California. See Declaration of Jared A. Washkowitz.

9. Defendants Thor Dahl and Jahre-Wallem were, at the time of the filing of this action, and still are, incorporated in Norway. See Declaration of Jared A. Washkowitz.

10. Both Thor Dahl and Jahre-Wallem have their principal place of business in Sandefjord, Norway. See Declaration of Jared A. Washkowitz.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

NOTICE OF REMOVAL
Case No.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Notice of Removal.doc

| | |
|---|---|
| 1 | DATED: September 20, 2007    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP |
| 2 | |
| 3 | By /s/ James J. Tamulski |
| 4 | Jared A. Washkowitz<br>Attorneys for Defendants |
| 5 | THOR DAHL CONTAINERSHIPS KS and<br>JAHRE-WALLEM AS |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 4 -

NOTICE OF REMOVAL
Case No.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Notice of Removal.doc

## PROOF OF SERVICE

*Thomas Villeggiante v. Hyundai Merchant Marine Co. Ltd.*
**Alameda County Superior Court, Case No. RG06292862**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 49 Stevenson Street, Suite 400, San Francisco, CA, 94105. On September 20, 2007, I served the foregoing document described as

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)(DIVERSITY)**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

Philip R. Weltin
Weltin Law Office, P.C.
1432 Martin Luther King Jr. Way
Oakland, CA  94612
*Attorney for Plaintiff*
THOMAS VILLEGGIANTE
Telephone:    (510) 251-6060
Facsimile:    (510) 251-6040

[XXX] **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ] **(BY PERSONAL SERVICE)** I caused to be delivered such envelope by hand to the offices of the addressee.

[  ] **(BY FACSIMILE)** I caused such document to be transmitted from my employer's facsimile machine telephone number (415) 227-4255 to the offices of the addressee at the facsimile machine telephone number listed above. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error and indicating the time of such transmission. A copy of the said transmission report is attached hereto.

[XXX] **(STATE)** I declare under penalty under the laws of the State of California that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 20, 2007, at San Francisco, California.

Roslyn S. Begun
(Type or Print Name)                    (Signature)

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 5 -

NOTICE OF REMOVAL
Case No.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Notice of Removal.doc