1   EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
    James J. Tamulski (State Bar #64880)
2   Jared A. Washkowitz (State Bar #226211)
    49 Stevenson Street, Suite 400
3   San Francisco, CA  94105
    Telephone:     (415) 227-9455
4   Facsimile:     (415) 227-4255
    E-Mail:        jtamulski@edptlaw.com
5                  kessick@edptlaw.com

6   Attorneys for Defendants
    THOR DAHL CONTAINERSHIPS KS and
7   JAHRE-WALLEM AS

8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  THOMAS VILLEGGIANTE,                    Case No.

13              Plaintiff,                  **DECLARATION OF JARED A.
                                            WASHKOWITZ IN SUPPORT OF**
14       vs.                                **REMOVAL PURSUANT TO 28 U.S.C.
                                            §1441(b) (DIVERSITY)**
5   HYUNDAI MERCHANT MARINE CO.
    LTD.; HYUNDAI AMERICAN SHIPPING
16  AGENCY INC.; THOR DAHL
    CONTAINERSHIPS KS;
17   JAHRE-WALLEM AS and DOES 1-40,

18              Defendants.

19
20
21          **DECLARATION OF JARED A. WASHKOWITZ**

            I, Jared A. Washkowitz, declare as follows:

22       1.  I am an attorney at law licensed to practice before all the courts of the State of California

23  and before this Court, and am an associate in the law firm of Emard Danoff Port Tamulski &

24  Paetzold LLP, attorneys for Thor Dahl Containership KS ("Thor Dahl") and Jahre-Wallem AS

25  ("Jahre-Wallem"), defendants to this action.  I have personal knowledge of all the facts stated

26  herein, and I could and would testify competently thereto if called upon as a witness to do so.

27       2.  I have read the First Amended Complaint of Thomas Villeggiante, ("Plaintiff").  In the

28  First Amended Complaint, Plaintiff, a longshoreman, alleges serious personal injury for which he

- 1 -

DECLARATION
Case No. RG06292862
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Dec of JAW.doc

1  claims damages including wage loss, hospital and medical expenses, loss of earning capacity, and

2  general damages. A true and correct copy of Plaintiff's First Amended Complaint is attached

3  hereto as Exhibit "A". True and correct copies of the Summons served on Defendants Thor Dahl

4  and Jahre-Wallem is attached hereto as Exhibit "B". True and correct copies of the Proofs of

5  Service Plaintiff filed with respect to Thor Dahl and Jahre-Wallem are attached hereto as Exhibit

6  "C".

7      3. The First Amended Complaint is silent as to the amount of damages alleged. However,

8  based on the allegations therein, I am informed and believe that Plaintiff is seeking damages in

9  excess of $75,000.00. On September 19, 2007 I called counsel for Plaintiff and left a voice mail

10  requesting a stipulation that Plaintiff was seeking damages of less than $75,000.00. To date

11  Plaintiff's counsel has not responded. There has been no stipulation that the amount of damages

12  Plaintiff seeks is less than $75,000.00, and I have no reason to believe that Plaintiff's counsel

13  would enter such a stipulation. Plaintiff's case management statement indicates that Plaintiff

14  suffered a back injury. I have been practicing maritime law for seven years, and my experience is

15  that damages alleged in longshoreman personal injury cases always exceed $75,000, especially

16  where, as here, Plaintiff seeks damages for wage loss and lost earning capacity. Plaintiff's

17  indication that trial is expected to last five days is further evidence that Plaintiff is alleging

18  serious injuries and will seek damages in excess of $75,000.00. Finally, Plaintiff's case

19  management statement indicates that the case is exempt from judicial arbitration per Cal. Rules

20  of Court § 3.811. This shows that Plaintiff is seeking at least $50,000.00 in damages, and I fully

21  believe that, in reality, Plaintiff will seek many times that amount. A true and correct copy of

22  Plaintiff's case management statement is attached hereto as Exhibit "D".

23      4. Based on the allegations in the First Amended Complaint, I am informed and believe that

24  Plaintiff was, and still is, a citizen of the State of California.

25      5. Defendant Thor Dahl was, at the time of the filing of this action, and still is, incorporated

26  in Norway, and has its principal place of business in Sandefjord, Norway.

27      6. Defendant Jahre-Wallem was, at the time of the filing of this action, and still is,

28  incorporated in Norway, and has its principal place of business in Sandefjord, Norway.

EMARD DANOFF PORT
FAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

DECLARATION
Case No. RG06292862
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Dec of JAW.doc

7.   The First Amended Complaint also names Hyundai Merchant Marine Co., Ltd., and Hyundai America Shipping Agency, Inc. as defendants.  However, both of these defendants were dismissed from the First Amended Complaint without prejudice on January 23, 2007. A true and correct copy of Plaintiff's dismissal of Hyundai Merchant Marine Co., Ltd., and Hyundai America Shipping Agency, Inc. is attached hereto as Exhibit "E."

8.   Defendants' proposed Answer is attached hereto as Exhibit "F."

I declare under penalty of perjury under the laws of the State of California that he foregoing is true and correct and that this declaration was executed on September 20, 2007, at San Francisco, California.

JARED A. WASHKOWITZ

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

DECLARATION
Case No. RG06292862
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Dec of JAW'.doc

# EXHIBIT A

*5286919*

1   Philip R. Weltin, Esq. SBN 46141
    WELTIN LAW OFFICE, P.C.
2   1432 Martin Luther King Jr. Way
    Oakland, California 94612
3   Telephone (510) 251-6060
    Facsimile  (510) 251-6040
4
5   Attorneys for Plaintiff
    Thomas Villeggiante
6

**FILED**
ALAMEDA COUNTY

DEC 1 5 2006

CLERK OF THE SUPERIOR COURT
By_____
                        Deputy

7               SUPERIOR COURT OF CALIFORNIA

8                   COUNTY OF ALAMEDA

9

10  THOMAS VILLEGGIANTE,              Case No. RG-06-292862

11           Plaintiff,

12                                    **FIRST AMENDED COMPLAINT FOR
                                      DAMAGES AND DEMAND FOR JURY
13        v.                          TRIAL**

14  HYUNDAI MERCHANT MARINE CO. LTD;
    HYUNDAI AMERICA SHIPPING AGENCY,
15  INC; THOR DAHL CONTAINERSHIP KS;
16  JAHRE-WALLEM AS and DOES 1-40,

17           Defendants.

18

19      Plaintiff Thomas Villeggiante complains of Defendants and alleges as follows:

20                      **FIRST CAUSE OF ACTION**

21      1.    Plaintiff is a resident of the State of California.

22
23      2.    The names and capacities of defendants sued herein as Does 1 to 40 are

24  unknown to plaintiff, who will amend the complaint to substitute their true identities when

25  they become known to plaintiff.

26      3.    Defendants Hyundai Merchant Marine Co. Ltd, Hyundai America Shipping

27  Agency, Inc., Thor Dahl Containership KS and Jahre-Wallem AS are corporations or business
28

                            1

First Amended Complaint for Damages

1    organizations organized under the laws of a state or country unknown to plaintifff.  Prior to

2    June 22, 2006 and on that date, said defendants and DOES 1 to 10 were the owners,

3    managers, operators, charterers and/or inspectors and were in control of a vessel, the *Hyundai*

4

5    *Explorer*, and its gear, appliances and component parts.  Said vessel was, and now is, engaged

6    in the transportation of goods and cargo on the navigable waters of the United States of

7    America.

8         4.     On or about June 22, 2006, the vessel was docked in the Port of Oakland.  At

9

10   that time and place, defendants employed Eagle Marine, a stevedoring company, to load and

11   unload the vessel, and to tie it up.  On that date, plaintiff was a longshoreman who was

12   employed by Eagle Marine to load and unload the vessel.

13        5.     On and before June 22, 2006, defendants so negligently and carelessly owned,

14

15   operated, inspected, maintained, supervised and controlled said vessel and the loading

16   operation on the vessel, that the vessel, its equipment and cargo were in a dangerous,

17   defective and improper condition, thereby creating a risk of injury in the work area to persons

18   working on the vessel.  Defendants knew, or in the exercise of ordinary care should have

19   known, of the dangerous, defective, and improper conditions then existing, and failed to

20

21   remedy said conditions or to otherwise adequately safeguard persons working on the vessel

22   against the conditions, having had a reasonable opportunity to do so.  As a direct and

23   proximate result of the negligence of defendants, plaintiff was caused to sustain severe

24   personal injuries and damages, all to his damage in an amount within the jurisdiction of this

25   Court.

26

27        6.     As a direct and proximate result of defendants' negligence, plaintiff was unable

28   to work and suffered, and will suffer, loss of earnings in an amount according to proof.

2

First Amended Complaint for Damages

7.      As a further proximate result of defendants' negligence, plaintiff incurred medical and related expenses, all to his damage in an amount according to proof.

WHEREFORE, plaintiff prays for judgment against defendants and each of them as follows:

1.      For general damages in a sum within the jurisdiction of this court;

2.      For loss of earnings, past and future, according to proof;

3.      For medical expenses incurred and to be incurred;

4.      For costs of suit herein incurred;

5.      For such other and further relief as the Court may deem proper.

Dated:  December 15, 2006                    WELTIN LAW OFFICE

_____
Philip R. Weltin
Attorneys for Plaintiff

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this matter.

Dated: December 15, 2006                    WELTIN LAW OFFICE

_____
Philip R. Weltin
Attorneys for Plaintiff

First Amended Complaint for Damages

# EXHIBIT B

*5286881*

FIRST AMENDED    **SUMMONS**
*(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Hyundai Merchant Marine Co.Ltd; Hyundai America
Shipping Agency Inc.;Thor Dahl Containership KS;
Jahre-Wallem AS;
Does 1 to 40

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Thomas Villeggiante

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

# F I L E D
ALAMEDA COUNTY

DEC 1 5 2006

CLERK OF THE SUPERIOR COURT
By _Matksi ja odigni_
                                    Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
    There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
    Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California<br>County of Alameda<br>1225 Fallon Street, Room 209<br>Oakland, CA 94612<br>Northern Division | CASE NUMBER:<br>*(Número del Caso):* RGC6292862 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Philip R. Weltin (SBN 46141)                      (510) 251-6060
Weltin Law Office
1432 Martin Luther King Jr. Way
Oakland, CA 94612

DATE:   DEC 1 5 2006    PAT S. SWEETEN                    , Clerk, by _Matksi ja odigni_            , Deputy
*(Fecha)*         EXECUTIVE OFFICER/CLERK    *(Secretario)*                                            *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*                                           Page 1 of 1

[SEAL] SUPERIOR COURT OF CALIFORNIA · EUREKA · COUNTY OF ALAMEDA

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 |

Legal Solutions Plus

# EXHIBIT C

PCD

*6031214*

1 | Philip R. Weltin, Esq. SBN 46141
WELTIN LAW OFFICE, P.C.
2 | 1432 Martin Luther King Jr. Way
Oakland, California 94612
3 | Telephone (510) 251-6060
Facsimile  (510) 251-6040
4 |

5 | Attorneys for Plaintiff
Thomas Villeggiante

6 |

F I L E D
ALAMEDA COUNTY

SEP 1 7 2007

CLERK OF THE SUPERIOR COURT
By _Esther Cal_____
Deputy

7 |                 SUPERIOR COURT OF CALIFORNIA

8 |                     COUNTY OF ALAMEDA

9 |

10 | THOMAS VILLEGGIANTE,                    Case No. RG06292862

11 |

12 |              Plaintiff,               **PROOF OF SERVICE OF SUMMONS AND
                                           COMPLAINT PURSUANT TO HAGUE
13 |      v.                               CONVENTION**

14 | HYUNDAI MERCHANT MARINE CO. LTD;
HYUNDAI AMERICA SHIPPING AGENCY,
15 | INC; THOR DAHL CONTAINERSHIP KS;
JAHRE-WALLEM AS and DOES 1-40,
16 |

17 |              Defendants.

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Proof of Service of Summons and Complaint
Pursuant to Hague Convention

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA, BERKELEY COURTHOUSE

| | |
|---|---|
| VILLEGGIANTE<br>      PLAINTIFF/PETITIONER<br>VS.<br><br>HYUNDAI MERCHANT MARINE CO. LTD.,<br>et al.<br>      DEFENDANT/RESPONDENT | CAUSE #: RG06292862<br><br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING # : 4801614

**ORIGINAL
PROOF OF SERVICE**

WELTIN LAW OFFICE, P.C.
1432 MARTIN LUTHER KING, JR. WAY
OAKLAND, CA 94612
510 251 6060
Page 1 of 1
OR_WGENEVA

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the (date) _21st of August 2007_
   at (place, street, number) _Strandpromenaden 9, N-3212 Sandefjord_

   in one of the following methods authorized by article 5:

   ☒ (a) in accordance with the provisions of sub-paragraph (a)
       of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*
       _____
       _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person)
   _CEO of Falvre-Wallem AS, Mr. Henrik W. Kran in person_
   relationship to the addressee family, business, or other
   _Business - office of Falvre Wallem AS_

2) that the document has not been served, by reason of the following facts:*
   _____
   _____


**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:
_____
_____          Done at _Sandefjord_ , the _27. Aug 2007_ .
_____
_____          Signature and/or stamp

In appropriate cases, documents establishing
the service:
_____
_____
_____
_____



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | Ministry of Justice<br>Boks 8005<br>Oslo/Dep<br>Oslo 1, Norway |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;

(identity and address)

**JAHRE-WALLEN AS**
**POSTBOKS 271, 3202 SANDEFJORD**
**STRANDPROMENADEN 9**

**NORWAY**

DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of documents:

CASE MANAGEMENT ORDER, NOTICE OF JUDICIAL ASSIGNMENT; STATEMENT OF DAMAGES; SUMMONS; FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL; ADR PACKAGE (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)

Done at Seattle, Washington USA, on Jun 25 2007

Signature and/or stamp

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

### (article 5, fourth paragraph)

Name and address of the requesting authority:.     **Rick Hamilton**
                                              **633 Yesler Way**
                                              **Seattle, WA 98104**
                                              **United States of America**

Particulars of the parties:
     **VILLEGGIANTE**                     vs.      **HYUNDAI MERCHANT MARINE CO. LTD., et al.**

## JUDICIAL DOCUMENT*

Nature of the document:
    To give notice to the Defendants of the institution against them of a claim for civil damages, and summon them to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
    Plaintiff is seeking to recover civil damages, amount to be determined in court.

Date and place for entering appearance:*
    Defendants have thirty days from receipt of the Summons to answer to the claim, address is noted on the Summons.

Court which has given judgment:*
    n/a

Date of judgment:*
    n/a

Time limits stated in the document:*
      Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
    n/a

Time limits stated in the document:*
    n/a

POD

*6031218*

1    Philip R. Weltin, Esq. SBN 46141
     WELTIN LAW OFFICE, P.C.
2    1432 Martin Luther King Jr. Way
     Oakland, California 94612
3    Telephone (510) 251-6060
     Facsimile  (510) 251-6040
4

5    Attorneys for Plaintiff
     Thomas Villeggiante
6

F I L E D
ALAMEDA COUNTY

SEP 1 7 2007

CLERK OF THE SUPERIOR COURT
By _____
                        Deputy

7                SUPERIOR COURT OF CALIFORNIA

8                   COUNTY OF ALAMEDA

9

10   THOMAS VILLEGGIANTE,                    Case No. RG06292862

11              Plaintiff,

12                                           PROOF OF SERVICE OF SUMMONS AND
                                             COMPLAINT PURSUANT TO HAGUE
13         v.                                CONVENTION

14   HYUNDAI MERCHANT MARINE CO. LTD;
     HYUNDAI AMERICA SHIPPING AGENCY,
15   INC; THOR DAHL CONTAINERSHIP KS;
     JAHRE-WALLEM AS and DOES 1-40,
16

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

Proof of Service of Summons and Complaint
Pursuant to Hague Convention

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | Ministry of Justice<br>Boks 8005<br>Oslo/Dep<br>Oslo 1, Norway |

The undersigned applicant has the honour to transmit—in—duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
     (identity and address)

**THOR DAHL CONTAINERSHIPS KS**
**POSTBOKS 2263, 3212 SANDEFJORD**
**STRANDPROMENADEN 9**

**NORWAY**

DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents — and of the annexes* — with a certificate as provided on the reverse side.

Hearing Date:

List of documents:

CASE MANAGEMENT ORDER, NOTICE OF JUDICIAL
ASSIGNMENT; STATEMENT OF DAMAGES; SUMMONS;
FIRST AMENDED COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL; ADR PACKAGE (SUBMITTED IN
DUPLICATE WITH TRANSLATIONS)

Done at Seattle, Washington USA, on Jun 25 2007

Signature and/or stamp

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the (date) _21st of August 2007_
   at (place, street, number) _Strandpromenaden 9, N-3212 Sandefjord_

   in one of the following methods authorized by article 5:

   ☑ (a) in accordance with the provisions of sub-paragraph (a)
   of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*
   _____
   _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person)
   _Mr. Erling Sorhaug, chairman of the board of Thor_
   _Dahl Containership KS_
   relationship to the addressee family, business, or other
   _Business-office of Thor Dahl Containership KS_

2) that the document has not been served, by reason of the following facts:*
   _____
   _____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:
_____
_____
_____

Done at _Sandefjord_ , the _27. Aug 2007_

Signature and/or stamp

In appropriate cases, documents establishing
the service:
_____
_____
_____
_____



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA, BERKELEY COURTHOUSE

VILLEGGIANTE

      PLAINTIFF/PETITIONER

VS.

HYUNDAI MERCHANT MARINE CO. LTD.,
et al.

      DEFENDANT/RESPONDENT

CAUSE #:  RG06292862

CERTIFICATE OF SERVICE

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING # : 4801613

**ORIGINAL
PROOF OF SERVICE**

WELTIN LAW OFFICE, P.C.
1432 MARTIN LUTHER KING, JR. WAY
OAKLAND, CA 94612
510 251 6060
Page 1 of 1
OR_WGENEVA

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

### (article 5, fourth paragraph)

Name and address of the requesting authority:   **Rick Hamilton**
   **633 Yesler Way**
   **Seattle, WA 98104**
   **United States of America**

Particulars of the parties:
   **VILLEGGIANTE**          VS.    **HYUNDAI MERCHANT MARINE CO. LTD.,**
                             **et al.**

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendants of the institution against them of a claim for civil damages, and summon them to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to recover civil damages, amount to be determined in court.

Date and place for entering appearance:*
Defendants have thirty days from receipt of the Summons to answer to the claim, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

# EXHIBIT D

CM-110

*5367916*

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Philip R. Weltin (SBN 46141)
Weltin Law Office
1432 Martin Luther King Jr. Way

Oakland, CA 94612
TELEPHONE NO. (510) 251-6060    FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)* Thomas Villeggiante

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS County of Alameda
MAILING ADDRESS 1225 Fallon Street, Room 209
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME Northern Division

FILED
ALAMEDA COUNTY

AUG 2 9 2007

CLERK OF THE SUPERIOR COURT
By_____
Deputy

PLAINTIFF/PETITIONER: Thomas Villeggiante

DEFENDANT/RESPONDENT: Hyundai Merchant Marine Co.Ltd;
Hyundai America Shipping Agency Inc.

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| **(Check one):** ☒ **UNLIMITED CASE** ☐ **LIMITED CASE** (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | RG06292862 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: 9/19/07        Time: 9:00 a.m.    Dept.: 19        Div.:        Room:
Address of court *(if different from the address above)*:
Administration Building, 3rd Floor, 1221 Oak Street, Oakland, CA

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. ☒ This statement is submitted by party *(name)*: Thomas Villeggiante
   b. ☐ This statement is submitted jointly by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*: 10/11/06
   b. ☐ The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☒ The following parties named in the complaint or cross-complaint
      (1) ☒ have not been served *(specify names and explain why not)*: Thor Dahl Containership; Jahre-Wallen AS.  See attachment.
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) ☐ have had a default entered against them *(specify names)*:
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4. **Description of case**
   a. Type of case in ☒ complaint ☐ cross-complaint    *(describe, including causes of action)*:
      Negligence action by longshoreman against ship owner and operator.

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2007]

**CASE MANAGEMENT STATEMENT**

Legal
Solutions
Plus

Cal. Rules of Court,
rules 3.720-3.730

**CM-110**

| PLAINTIFF/PETITIONER: Thomas Villeggiante | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:Hyundai Merchant Marine Co.Ltd; Hyundai America Shipping Agency Inc. | RG06292862 |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings.  If equitable relief is sought, describe the nature of the relief.)*
Plaintiff is a longshoreman. He was working aboard the vessel Hyundai Explorer.  He stepped on a grate which collapsed under him, causing injury to his back.

☐  *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
The party or parties request  ☒ a jury trial  ☐ a nonjury trial    *(if more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a.  ☐  The trial has been set for *(date):*
b.  ☒  No trial date has been set.  This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*  Plaintiff initially sued Hyunda. However, they wer time charters and not liable. The correct defendants have not been served.
c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.  ☒  days *(specify number):* 5 days
b.  ☐  hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial  ☒ by the attorney or party listed in the caption  ☐ by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:
e.  Fax number:
f.  E-mail address:
g.  Party represented:
☐  Additional representation is described in Attachment 8.

9.  **Preference**
☐  This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
a.  Counsel  ☒ has  ☐ has not    provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b.  ☐  All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c.  ☐  The case has gone to an ADR process *(indicate status):*

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER: Thomas Villeggiante | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:Hyundai Merchant Marine Co.Ltd; Hyundai America Shipping Agency Inc. | RG06292862 |

10. d.    The party or parties are willing to participate in (check all that apply):

(1) ☐ Mediation

(2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

(3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

(4) ☐ Binding judicial arbitration

(5) ☐ Binding private arbitration

(6) ☐ Neutral case evaluation

(7) ☐ Other (specify):

e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. ☒ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court (specify exemption):
Damages exceed limit.

## 11. Settlement conference

☐ The party or parties are willing to participate in an early settlement conference (specify when):

## 12. Insurance

a. ☐ Insurance carrier, if any, for party filing this statement (name):

b.    Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case (explain):

## 13. Jurisdiction

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

☐ Bankruptcy ☐ Other (specify):

Status:

## 14. Related cases, consolidation, and coordination

a. ☐ There are companion, underlying, or related cases.
(1) Name of case:
(2) Name of court:
(3) Case number:
(4) Status:

☐ Additional cases are described in Attachment 14a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by (name party):

## 15. Bifurcation

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action (specify moving party, type of motion, and reasons):

## 16. Other motions

☐ The party or parties expect to file the following motions before trial (specify moving party, type of motion, and issues):

CM-110

| PLAINTIFF/PETITIONER: Thomas Villeggiante | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Hyundai Merchant Marine Co.Ltd; Hyundai America Shipping Agency Inc. | RG06292862 |

17. **Discovery**
  a. ☐ The party or parties have completed all discovery.
  b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

     Party                    Description                    Date

  c. ☐ The following discovery issues are anticipated *(specify)*:

18. **Economic Litigation**
  a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.
  b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

19. **Other issues**
  ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

20. **Meet and confer**
  a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

  b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

21. **Case management orders**
  Previous case management orders in this case are *(check one)*:   ☐ none   ☐ attached as Attachment 21.

22. Total number of pages attached *(if any)*: 1

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: August 23, 2007

Philip R. Weltin                           ▶ _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY)

_____             ▶ _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY)

                                           ☐ Additional signatures are attached

MC-025

| SHORT TITLE: Villeggiante v. Hyundai | CASE NUMBER: |
| | RG06292862 |

1    **ATTACHMENT** (Number): _____          Page 1 of 1
     *(This Attachment may be used with any Judicial Council form.)*     *(Add pages as required)*

2    Plaintiff initially named Hyundai entities as the defendants.  However, they
3    turned out to be the time charterer of the vessel and therefore not
     responsible for its condition.  The correct defendants were added by an
4    amended complaint. Service was attempted by international mail, return
     receipt requested, which will often elicit a response.  It did not. On June
5    21, 2007 we retained Process Forwarding International to serve both
     defendants in Norway pursuant to the Hague Convention. This process
6    typically takes four to six months to complete.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    *(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under*
      *penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California          **ATTACHMENT**
MC-025 [Rev. January 1, 2007]        **to Judicial Council Form**          Legal
                                                                          Solutions
                                                                          & Plus

# EXHIBIT E

 

*5443371*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO. | FILED FOR USE ONLY |
|---|---|---|

Philip R. Weltin (SBN 46141)        (510) 251-6060
Weltin Law Office
1432 Martin Luther King Jr. Way

Oakland, CA 94612

FILED
ALAMEDA COUNTY

JAN 23 2007

CLERK OF THE SUPERIOR COURT

BY _____ DEPUTY

ATTORNEY FOR *(Name)*   Thomas Villeggiante

Insert name of court and name of judicial district and branch court, if any:

Superior Court of California
Northern Division

PLAINTIFF/PETITIONER: Thomas Villeggiante

DEFENDANT/RESPONDENT: Hyundai Merchant Marine Co.Ltd;
Hyundai America Shipping Agency Inc.et al

### REQUEST FOR DISMISSAL

- [X] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle    [X] Other Negligence
- [ ] Family Law
- [ ] Eminent Domain
- [ ] Other *(specify)*:

CASE NUMBER:
RG 06- 292862

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

**1. TO THE CLERK:** Please **dismiss** this action as follows:

  a. (1) [ ] With prejudice    (2) [X] Without prejudice

  b. (1) [X] Complaint    (2) [ ] Petition
    (3) [ ] Cross-complaint filed by *(name)*:    on *(date)*:
    (4) [ ] Cross-complaint filed by *(name)*:    on *(date)*:
    (5) [ ] Entire action of all parties and all causes of action
    (6) [X] Other *(specify)*:* As to Hyundai Merchant Marine Co. Ltd and Hyundai America
    Shipping Agency only, each side to bear its own costs.

Date: December 20, 2006

Philip R. Weltin (SBN 46141)

(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ _____ (SIGNATURE)
Attorney or party without attorney for:
Thomas Villeggiante
[X] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

**2. TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

▶ _____ (SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

*(To be completed by clerk)*

3. [✓] Dismissal entered as requested on *(date)*: 1/23/07

4. [ ] Dismissal entered on *(date)*:    as to only *(name)*:

5. [ ] Dismissal **not entered** as requested for the following reasons *(specify)*:

6. [ ] a. Attorney or party without attorney notified on *(date)*:
    b. Attorney or party without attorney not notified. Filing party failed to provide
    [ ] a copy to conform    [ ] means to return conformed copy

Date: 1/23/07

PAT S. SWEETEN

Clerk, by _____ , Deputy

Form Adopted by the
Judicial Council of California
982(a)(5) [Rev. January 1, 1997]
Mandatory Form

**REQUEST FOR DISMISSAL**

Legal
Solutions
Plus

Code of Civil Procedure, § 581 et seq
Cal. Rules of Court, rules 383, 1233

# EXHIBIT F

1    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
     James J. Tamulski (State Bar #64880)
2    Jared A. Washkowitz (State Bar #226211)
     49 Stevenson Street, Suite 400
3    San Francisco, CA  94105
     Telephone:      (415) 227-9455
4    Facsimile:      (415) 227-4255
     E-Mail:         jtamulski@edptlaw.com
5                    kessick@edptlaw.com

6    Attorneys for Defendants
     THOR DAHL CONTAINERSHIPS KS and
7    JAHRE-WALLEM AS

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12   THOMAS VILLEGGIANTE,                  | Case No.:

13              Plaintiff,                 | **DEFENDANTS THOR DAHL
                                             CONTAINERSHIP KS AND JAHRE-**
14        vs.                              | **WALLEM AS'S ANSWER TO
                                             PLAINTIFF'S FIRST AMENDED**
15   HYUNDAI MERCHANT MARINE CO.           | **COMPLAINT**
     LTD.; HYUNDAI AMERICAN SHIPPING
16   AGENCY INC.; THOR DAHL
     CONTAINERSHIPS KS;
17   JAHRE-WALLEM AS and DOES 1-40,

18              Defendants.

19        Defendants THOR DAHL CONTAINERSHIP KS ("Thor Dahl") and JAHRE-WALLEM

20   AS ("Jahre-Wallem")(collectively "Defendants"), in response to Plaintiff's First Amended

21   Complaint ("Complaint"), allege as follows:

22        1.      Admitted.

23        2.      No response is required to Paragraph 2 of Plaintiff's Complaint.  To the extent a

24   response is required, Defendants deny the allegations.

25        3.      Defendants are without sufficient knowledge or information to form a belief at

26   this time as to the truth of the allegations in this paragraph. To the extent a response is required,

27   Defendants deny the allegations in this paragraph.

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

ANSWER TO FIRST AMENDED COMPLAINT
Case No.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Answer.doc

4.     Defendants are without sufficient knowledge or information to form a belief at this time as to the truth of the allegations in this paragraph. To the extent a response is required, Defendants deny the allegations in this paragraph.

5.     Denied.

6.     Denied.

7.     Denied.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's alleged injuries, losses and damages, if any, were caused or contributed to by Plaintiff's own negligence.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's alleged injuries, losses and damages, if any, were caused or contributed to by individuals or entities for whose conduct Defendants are not liable.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's alleged injuries, if any, pre-existed, and were not caused by, the incident alleged in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's alleged injuries, losses and damages, if any, were aggravated by Plaintiff's failure to use reasonable diligence to mitigate them, and Defendants are not responsible for damages that Plaintiff could have mitigated, but did not.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the applicable statute of limitations, and/or by laches.

### SIXTH AFFIRMATIVE DEFENSE

The doctrine of unclean hands bars Plaintiff from recovery for his alleged injuries, losses and damages, if any.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

ANSWER TO FIRST AMENDED COMPLAINT
Case No.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Answer.doc

1

### SEVENTH AFFIRMATIVE DEFENSE

2    Plaintiff's complaint does not state facts sufficient to constitute a cause of action against

3    defendants upon which relief may be granted.

4

### EIGHTH AFFIRMATIVE DEFENSE

5    Plaintiff's alleged injuries, losses, and damages, if any, were wholly due to a failure on the

6

7    part of Plaintiff to perform the responsibilities that were his, or that were assigned to him.

8

### NINTH AFFIRMATIVE DEFENSE

9    Plaintiff's recovery from Defendants, if any, may not exceed the percentage by which

10   Defendants' negligence is established to have contributed to Plaintiff's injury, if any.

11

### TENTH AFFIRMATIVE DEFENSE

12   Applicable provisions of the Federal Longshore & Harbor Workers Compensation Act, 33

13   U.S.C. §901, *et seq.*, provide Plaintiff's exclusive remedies, and bar all causes of action except as

14

15   provided under that Act.

16

### ELEVENTH AFFIRMATIVE DEFENSE

17   The alleged condition that caused Plaintiff's injuries, losses and damages, if any, was open

18   and obvious to Plaintiff's employer, an expert and experienced stevedore, or to Plaintiff, a

19

20   longshoreman; therefore Defendants had no duty to warn of any hazard or to protect the Plaintiff

21   from any risk of harm for the alleged condition.

22

### TWELFTH AFFIRMATIVE DEFENSE

23   Defendants did not breach any of the duties owed to a longshoreman under the United

24   States Supreme Court decision of *Scindia Steam Navigation Company v. De Los Santos*, 451 U.S.

25   156 (1981), and either Plaintiff or his employer wrongfully or negligently caused his alleged

26

27   injuries, losses and damages.

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

ANSWER TO FIRST AMENDED COMPLAINT
Case No.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Answer.doc

1

### THIRTEENTH AFFIRMATIVE DEFENSE

2    The amount of any award in Plaintiff's favor and against Defendants should be reduced by

3    the amount of benefits paid to or to be paid on behalf of Plaintiff' stevedore employer.

4

### FOURTEENTH AFFIRMATIVE DEFENSE

5    Venue is not proper in this Court.

6

7

8    WHEREFORE defendants THOR DAHL CONTAINERSHIP KS and JAHRE-

9    WALLEM AS pray that Plaintiff take nothing by way of his Complaint, and that they recover

10   costs of suit and fees and such other relief as this Court may deem just and proper.

11   DATED:  September 20, 2007     EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

12

13                                By_____

14                                    James J. Tamulski
                                      Jared A. Washkowitz
15                                 Attorneys for Defendants
                                   THOR DAHL CONTAINERSHIPS KS and
16                                 JAHRE-WALLEM AS

17

18

19

20

21

22

23

24

25

26

27

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 4 -

ANSWER TO FIRST AMENDED COMPLAINT
Case No.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Answer.doc

# PROOF OF SERVICE

***Thomas Villeggiante v. Hyundai Merchant Marine Co. Ltd.***
**Alameda County Superior Court, Case No. RG06292862**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 49 Stevenson Street, Suite 400, San Francisco, CA, 94105. On September 20, 2007, I served the foregoing document described as

## DECLARATION OF JARED A. WASHKOWITZ IN SUPPORT OF REMOVAL PURSUANT TO 28 U.S.C. §1441(b) (DIVERSITY)

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

Philip R. Weltin
Weltin Law Office, P.C.
1432 Martin Luther King Jr. Way
Oakland, CA 94612
*Attorney for Plaintiff*
*THOMAS VILLEGGIANTE*
Telephone:     (510) 251-6060
Facsimile:     (510) 251-6040

[XXX] **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[   ] **(BY PERSONAL SERVICE)** I caused to be delivered such envelope by hand to the offices of the addressee.

[   ] **(BY FACSIMILE)** I caused such document to be transmitted from my employer's facsimile machine telephone number (415) 227-4255 to the offices of the addressee at the facsimile machine telephone number listed above. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error and indicating the time of such transmission. A copy of the said transmission report is attached hereto.

[XXX] **(STATE)** I declare under penalty under the laws of the State of California that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 20, 2007, at San Francisco, California.

_____
Roslyn S. Begun
(Type or Print Name)

_____
(Signature)

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

DECLARATION
Case No. RG06292862
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Dec of JAW.doc