ORIGINAL FILED

SEP 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 227-9455
Facsimile:   (415) 227-4255
E-Mail:      jtamulski@edptlaw.com
             kessick@edptlaw.com

Attorneys for Defendants
THOR DAHL CONTAINERSHIPS KS and
JAHRE-WALLEM AS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VILLEGGIANTE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HYUNDAI MERCHANT MARINE CO. LTD.; HYUNDAI AMERICAN SHIPPING AGENCY INC.; THOR DAHL CONTAINERSHIPS KS; JAHRE-WALLEM AS and DOES 1-40,<br><br>　　　　　Defendants. | Case No.:<br><br>**CERTIFICATE OF INTERESTED PERSONS OR ENTITIES**<br><br>(L.R. 3-16)<br><br>C 07 4864 MEJ |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

　　　　1.　　Thor Dahl Containerships KS;

　　　　2.　　Jahre-Wallem AS;

　　　　3.　　Anchor Marine Claims Services, Inc.;

- 1 -

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

CERTITIFICATE OF INTERESTED PERSONS OR ENTITIES
Case No.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Certificate of Interested Parties.doc

4. Eagle Marine;

5. Hyundai Merchant Marine Co., Ltd.;

6. Hyundai America Shipping Agency, Inc.;

7. Plaintiff Thomas Villeggiante.

DATED: September 20, 2007     EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By _____
James J. Tamulski
Jared A. Washkowitz
Attorneys for Defendants
THOR DAHL CONTAINERSHIPS KS and
JAHRE-WALLEM AS

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

CERTITIFICATE OF INTERESTED PERSONS OR ENTITIES
Case No.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Certificate of Interested Parties.doc

# PROOF OF SERVICE

***Thomas Villeggiante v. Hyundai Merchant Marine Co. Ltd.***
**Alameda County Superior Court, Case No. RG06292862**

   I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 49 Stevenson Street, Suite 400, San Francisco, CA, 94105. On September 20, 2007, I served the foregoing document described as

## CERTIFICATE OF INTERESTED PERSONS OR ENTITIES

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

Philip R. Weltin
Weltin Law Office, P.C.
1432 Martin Luther King Jr. Way
Oakland, CA 94612
*Attorney for Plaintiff*
THOMAS VILLEGGIANTE
Telephone: (510) 251-6060
Facsimile: (510) 251-6040

   [XXX] **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   [ ] **(BY PERSONAL SERVICE)** I caused to be delivered such envelope by hand to the offices of the addressee.

   [ ] **(BY FACSIMILE)** I caused such document to be transmitted from my employer's facsimile machine telephone number (415) 227-4255 to the offices of the addressee at the facsimile machine telephone number listed above. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error and indicating the time of such transmission. A copy of the said transmission report is attached hereto.

   [XXX] **(STATE)** I declare under penalty under the laws of the State of California that the foregoing is true and correct.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 20, 2007, at San Francisco, California.

| Roslyn S. Begun | *(signature)* |
|---|---|
| (Type or Print Name) | (Signature) |

CERTITIFICATE OF INTERESTED PERSONS OR ENTITIES
Case No.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Certificate of Interested Parties.doc

EMARD DANOFF PORT
FAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105