1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
2  Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
3  San Francisco, CA 94105
Telephone:    (415) 227-9455
4  Facsimile:    (415) 227-4255
E-Mail:        jtamulski@edptlaw.com
5              kessick@edptlaw.com

6  Attorneys for Defendants
THOR DAHL CONTAINERSHIPS KS and
7  JAHRE-WALLEM AS

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | THOMAS VILLEGGIANTE, | Case No. C 07-04864 MEJ |
|---|---|---|
| 13 | Plaintiff, | PROOF OF SERVICE |
| 14 | vs. | |
| 15 | HYUNDAI MERCHANT MARINE CO. LTD.; HYUNDAI AMERICAN SHIPPING AGENCY INC.; THOR DAHL CONTAINERSHIPS KS; JAHRE-WALLEM AS and DOES 1-40, | |
| 18 | Defendants. | |

19

20                    **PROOF OF SERVICE**

21   I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 49 Stevenson Street, Suite 400, San Francisco, CA, 94105. On September 25, 2007, I served the foregoing documents described as:

23   1) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
24   2) **CASE MANAGEMENT STANDING ORDER – MAGISTRATE JUDGE MARIA-ELENA JAMES**
25   3) **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES**
27   4) **FORM FOR JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER**

28

5) NOTICE OF TRIAL ASSIGNMENT
6) CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT
7) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA
8) U.S. DISTRICT COURT GUIDELINES
9) ECF REGISTRATION INFORMATION HANDOUT
10) ADR DISPUTE RESOLUTION PROCEDURES
11) ADR FORMS (CERTIFICATION, INSTRUCTIONS, NOTICE OF NEED FOR ADR PHONE CONFERENCE, STIPULATION AND [PROPOSED] ORDER)

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

Philip R. Weltin, Esq.
Weltin Law Office, P.C.
1432 Martin Luther King Jr. Way
Oakland, CA 94612
*Attorney for Plaintiff*

[XXX] **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY PERSONAL SERVICE)** I caused to be delivered such envelope by hand to the offices of the addressee.

[ ] **(BY FACSIMILE)** I caused such document to be transmitted from my employer's facsimile machine telephone number (415) 227-4255 to the offices of the addressee at the facsimile machine telephone number listed above. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error and indicating the time of such transmission. A copy of the said transmission report is attached hereto.

[ ] **(BY OVERNIGHT DELIVERY)** I caused personal delivery by of the document(s) listed above, by placing the true copies in separate envelopes for each addressee, with the name and address of the person served shown on the envelope and by sealing the envelope and placing it for collection and delivery by with delivery fees paid or provided for in accordance with ordinary business practices.

[ ] **(STATE)** I declare under penalty under the laws of the State of California that the foregoing is true and correct.

[XXX] **(FEDERAL)** I declare under penalty of perjury in accordance with 28 U.S.C. 1746 that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 25, 2007, at San Francisco, California.

_____                  *Roslyn Begun*
ROSLYN S. BEGUN                            (Signature)

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

PROOF OF SERVICE
Case No. C 07-4864 MEJ
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Pleadings\Proof of Service.doc