acc000087

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS VILLEGIANTE

        Plaintiff(s),

v.

HYUNDAI MERCHANT MARINE CO.
LTD. et al.
        Defendant(s).

Case No. C 07-04864 MEJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

[Party] _____
TNS Containerships (?) AS

Dated: 30. Nov. 2007

[Counsel] Katharine Essick Snavely
Attorneys for Defendants
THOR DAHL CONTAINERSHIPS
and JAHRE-WALLEM AS