**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3

THOMAS VILLEGGIANTE,

4              Plaintiff(s),

5      v.                                              No.  C-07-4864-SC

6  HYUNDAI  MERCHANT  MARINE CO. LTD.

              Defendant(s).
7  _____/              Clerk's Notice

8

9

10        (Plaintiff is required to serve and file a proof of service with the Court on any party involved
          not listed on the attached proof of service.)

11

12

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on

13

**January 11,  2008  at 10:00 A.M.**  before the Honorable Samuel Conti. The parties are to file one

14  joint Case Management Statement seven days prior to the Conference.

15

16  Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San

Francisco, CA 94102.
17

18

19
Dated:      December 13, 2007                          FOR THE COURT,
20

21                                                      Richard W. Wieking, Clerk

22                                                      By: T. De Martini

23                                                           Courtroom Deputy Clerk

24

25

26

27

28