Philip R. Weltin, Esq. SBN 46141
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile  (510) 251-6040

Attorneys for Plaintiff
Thomas Villeggiante

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VILLEGGIANTE,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MERCHANT MARINE CO. LTD; HYUNDAI AMERICA SHIPPING AGENCY, INC; THOR DAHL CONTAINERSHIP KS; JAHRE-WALLEM AS and DOES 1-40,<br><br>Defendants. | Case No. 3:07-CV-04864-SC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>N.D. Cal. Civ. L.R. 3-16 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have a financial interest in the subject matter in controversy or in a party to the proceeding:

1. Thomas Villeggiante;

2. Thor Dahl Containerships KS;

3. Jahre-Wallem AS;

4. Anchor Marine Claim Services, Inc.;

---

1

Case No.: C:07-cv-04864-SC
Certification of Interested Entities or Persons

5. Eagle Marine Services, Ltd.;

6. Hyundai Merchant Marine Co. Ltd.; and

7. Hyundai America Shipping Agency, Inc.

Dated: December 31, 2007

WELTIN LAW OFFICE

Philip R. Weltin
Attorneys for Plaintiff