UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-4864          SAMUEL CONTI          DATE 1/11/07
Case Number        Judge

Title: THOMAS VILLEGGIANTE    vs HYUNDAI MERCHANT MARINE, et al.

Attorneys: PHILIP WELTIN          KATHERINE ESSICK

Deputy Clerk: T. De Martini    Court Reporter: Sahar McVickar

Court   Pltf's   Deft's
(XXX)   ( )     ( )   1. Status Conference - Held

( )     ( )     ( )   2.

( )     ( )     ( )   3.

( )     ( )     ( )   4.

( )     ( )     ( )   5.

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff: 10/8/08           Pretrial Statements Due

Case Continued to 11/21/08 @ 10:00 A.M. for Pretrial Conference

Case Continued to 12/8/08 @ 9:30 A.M. for Jury Trial

Case Continued to                   for Further Status Conference

Case Continued to 10/24/08 @ 10:00 A.M. for Motions

ORDERED AFTER HEARING: Case referred to Private Mediation to be completed by 6/1/08.

cc: