EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Katharine Essick Snavely (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendants
THOR DAHL CONTAINERSHIPS and
JAHRE-WALLEM AS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS VILLEGGIANTE,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MERCHANT MARINE CO. LTD.; HYUNDAI AMERICAN SHIPPING AGENCY INC.; THOR DAHL CONTAINERSHIPS KS; JAHRE-WALLEM AS and DOES 1-40,<br><br>Defendants. | Case No.: C 07-04864 SC<br><br>STIPULATION REGARDING MEDIATION AND [PROPOSED] ORDER |

### STIPULATION

Whereas,

1. This is a personal injury suit brought by a longshoreman against a vessel pursuant to 33 U.S.C. §905(b) and trial in this action is December 8, 2008. The Court has ordered the parties to participate in a private mediation on or before June 1, 2008.

2. The parties wish to take the deposition of Anil Samyal, former Chief Officer of the vessel where Plaintiff claims he was injured. Defendants have been trying to locate and depose Mr. Samyal before the mediation because he is an important witness on an issue in the case, i.e., in what condition did Defendants turn the vessel over to Plaintiff's employer for cargo

- 1 -

STIPULATION REGARDING MEDIATION AND [PROPOSED] ORDER
Case No.: C 07-04864 SC

operations. Defendants were unable to locate Mr. Samyal until two weeks ago, and were not able to contact him to make arrangements for his deposition until last week.

3. Mr. Samyal is presently at sea and expects to be at sea for the next 4-5 months; however, in July 2008 his ship will be calling in Seattle or possibly Longview in the State of Washington, and he has agreed to make himself available for deposition during one of those port calls; the parties have also agreed to attend his deposition in Washington in July 2008;

4. The parties have reserved a mediation date of September 8, 2008 before their chosen mediator Harris Weinberg.

On the basis of the foregoing the parties stipulate and agree to taking the deposition of Mr. Samyal in Washington when and where his ship is in port (in July 2008), and to participate in a private mediation thereafter, and they respectfully request that the Court extend the deadline to participate in private mediation from June 1 to September 30, 2008.

SO STIPULATED.

Dated: May 28, 2008         EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
                            James J. Tamulski
                            Katharine Essick Snavely

                            By _____
                               Katharine Essick Snavely
                            Attorneys for Defendants
                            THOR DAHL CONTAINERSHIPS and JAHRE-WALLEM AS

Dated: May 27, 2008         WELTIN LAW OFFICE

                            By _____
                               Philip R. Weltin
                            Attorneys for Plaintiff
                            THOMAS VILLEGGIANTE

[PROPOSED] ORDER

IT IS SO ORDERED.

Date: _____         _____
                            Samuel Conti
                            Judge, U.S. District Court

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION REGARDING MEDIATION AND [PROPOSED] ORDER
Case No.: C 07-04864 SC