1  Philip R. Weltin, Esq. SBN 46141
   WELTIN LAW OFFICE, P.C.
2  1432 Martin Luther King Jr. Way
   Oakland, California  94612
3  Telephone (510) 251-6060
   Facsimile   (510) 251-6040
4
5  Attorneys for Plaintiff
   Thomas Villeggiante
6
7                  UNITED STATES DISTRICT COURT
8                 NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  THOMAS VILLEGGIANTE, | Case No. 3:07-CV-04864-SC |
| 11                  Plaintiff, | *Hon. Samuel Conti* |
| 12 | |
| 13                  v. | **DECLARATION OF PHILIP R. WELTIN IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |
| 14  HYUNDAI MERCHANT MARINE CO. LTD; | |
| 15  HYUNDAI AMERICA SHIPPING AGENCY, INC; THOR DAHL CONTAINERSHIP KS; | **F.R.C.P. 26(c)(1)(B)** |
| 16  JAHRE-WALLEM AS and DOES 1-40, | |
| 17                  Defendants. | Date:   October 8, 2008 |
| 18 | Time:  10:00 a.m. To be referred to Magistrate Judge |

19
20  I, Philip R. Weltin, hereby declare:

21  1.       I am an attorney duly licensed to practice law in the State of California and am an

22  attorney in the Weltin Law Office, P.C., attorneys of record for plaintiff Thomas Villeggiante.

23  2.       On September 3, 2008, after 3:00 p.m., our office received notice of a deposition of

24
25  Chief Officer Anil Samyal, to be taken on September 10, 2008 in Seattle, Washington.

26  Attached as *Exhibit A* is a true and correct copy of this deposition notice.  Counsel for

27  defendants did not consult with counsel for plaintiff before noticing this deposition.

28

                                                    1

3.    On September 3, 2008, I called Mr. Tamulski, Ms. Snavely, and the secretary for Mr. Tamulski regarding the deposition of Chief Officer Samyal, but was unable to reach any of them.  On September 4, 2008, I was able to reach both Ms. Snavely and Mr. Tamulski.  I was advised by Mr. Tamulski that the deposition of Chief Officer Samyal would not be taken off calendar and would go forward as noticed, thereby necessitating the filing of the instant motion for a protective order.  The position of defendants was confirmed in a letter sent by facsimile to my office on September 4, 2008.  Attached as *Exhibit B* is a true and correct copy of that letter.

4.    Plaintiff has propounded a request for production of documents for all documents regarding port security procedures and safety management.  Plaintiff received an unsigned, unverified response to this request for production of documents on August 29, 2008, wherein defendants refuse to produce many of these documents.

I declare under penalty of perjury the above is true and correct and that this declaration was executed in the County of Alameda.

Dated:  September 5, 2008                    WELTIN LAW OFFICE

                                             _____
                                             Philip R. Weltin
                                             Attorneys for Plaintiff

2

**EXHIBIT  A**

# EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

49 Stevenson Street, Suite 400
San Francisco, CA 94105
**Phone: (415) 227-9455**
**Fax: (415) 227-4255**
**www.edptlaw.com**

### FAX COVER SHEET

DATE:           September 3, 2008                                    Pages:
From:           Katharine Essick Snavely
Our Ref.:       28000.003

To:             Philip R. Weltin **c/o Jill**
Company:        Weltin Law Office
Fax:            (510) 251-6040
Phone:          (510) 251-6060
City/Country:   New York, USA
Ref.:           M/V HYUNDAI EXPLORER
                Tom Villeggiante; Oakland, CA
                D/I: June 22, 2006

MESSAGE:

***NOTICE OF DEPOSITION OF ANIL SAMYAL IN SEATTLE***

PLEASE IMMEDIATELY FORWARD, OR NOTIFY MR. WELTIN OF, THE ATTACHED DEPOSITION NOTICE.

We learned only an hour ago that Chief Officer Anil Samyal can be made available for deposition in the Port of Seattle on September 10, 2008, during his vessel's port call. The schedules of the ships are, as you know, difficult to predict, so we appreciate your willingness to attend in Seattle. Please call Jim Tamulski immediately to confirm that someone from your office will attend on September 10.

PLEASE NOTE: The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.
G:\28000.003 HYUNDAI EXPLORER (Villeggiante)\Faxes\Weltin 090308.doc

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:    (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:       jtamulski@cdptlaw.com
              kessick@cdptlaw.com

Attorneys for Defendants
THOR DAHL CONTAINERSHIPS and
JAHRE-WALLEM AS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS VILLEGGIANTE, | Case No.: C 07-04864 SC |
| Plaintiff, | **NOTICE OF VIDEOGRAPHED DEPOSITION OF ANIL SAMYAL** |
| vs. | |
| HYUNDAI MERCHANT MARINE CO. LTD.; HYUNDAI AMERICAN SHIPPING AGENCY INC.; THOR DAHL CONTAINERSHIPS KS; JAHRE-WALLEM AS and DOES 1-40, | Date:  September 10, 2008<br>Time: 10:00 a.m. |
| Defendants. | |

Please take notice that defendants Thor Dahl Containerships and Jahre-Wallem AS ("Defendants") will take the oral deposition of Anil Samyal at 10:00 a.m. on September 10, 2008.

This deposition will take place at the Port of Seattle, with the terminal office to be determined depending on the schedule of the vessel on which Mr. Samyal is currently working.

Defendants will take this deposition before a duly authorized deposition officer pursuant to the Federal Rules of Civil Procedure and all applicable local rules. This deposition will be recorded stenographically and videographically, and will continue from day to day until completed.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

1    Please take notice the deponent is not a party to this action, is not a resident of the United

2  States, and is presently working as a mariner on a merchant vessel. He has agreed to appear for

3  this deposition in Seattle during a port call.

4  DATED:  September 3, 2008          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

5

6                                     By _____

7                                          James J. Tamulski
                                           Katharine Essick Snavely
8                                        Attorneys for Defendant
                                         THOR DAHL CONTAINERSHIPS and
9                                        JAHRE-WALLEM AS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EMARD DANOFF PORT
ULSKI & PAETZOLD LLP
Suite 1400
un Francisco, CA 94105

                              - 2 -

NOTICE OF VIDEOGRAPHED DEPOSITION OF ANIL SAMYAL
Case No.: C 07-04864 SC

**PROOF OF SERVICE**

*Thomas Villeggiante v. Hyundai Merchant Marine Co. Ltd.*
*U.S. Dist. Ct., N.D. Cal (San Fran.) No. C 07-04864 SC*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 49 Stevenson Street, Suite 400, San Francisco, CA, 94105. On September 3, 2008, I served the foregoing document described as

**NOTICE OF VIDEOGRAPHED DEPOSITION OF ANIL SAMYAL**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

Philip R. Weltin
Weltin Law Office, P.C.
1432 Martin Luther King Jr. Way
Oakland, CA 94612
*Attorney for Plaintiff*
*THOMAS VILLEGGIANTE*
Telephone:   (510) 251-6060
Facsimile:   (510) 251-6040

   **[XXX] (BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   **[ ] (BY PERSONAL SERVICE)** I caused to be delivered such envelope by hand to the offices of the addressee.

   **[XXX] (BY FACSIMILE)** I caused such document to be transmitted from my employer's facsimile machine telephone number (415) 227-4255 to the offices of the addressee at the facsimile machine telephone number listed above. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error and indicating the time of such transmission. A copy of the said transmission report is attached hereto.

   **[XXX] (FEDERAL)** I declare under penalty in accordance with 28 U.S.C. §1746 that the foregoing is true and correct.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 3, 2008, at San Francisco, California.

Lorri Garcia
(Type or Print Name)                    (Signature)

NOTICE OF VIDEOGRAPHED DEPOSITION OF ANIL SAMYAL
Case No.: C 07-04864 SC

**EXHIBIT  B**

# EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

## ATTORNEYS

9 Stevenson Street, Suite 400
an Francisco, California 94105

www.edptlaw.com
September 4, 2008

Telephone: (415) 227-9455
Facsimile: (415) 227-4255

**VIA FACSIMILE ONLY (510) 251.6040**
Philip R. Weltin
Weltin Law Office PC
1432 Martin Luther King Jr. Way
Oakland, CA 94612

> **Re:** **HYUNDAI EXPLORER "V30, V40," L/S Tom Villeggiante, Oakland, CA**
> **D/I:** **June 22, 2006**
> **Case No.:** **N.D. Cal. 07-CV-4864**
> **Our File:** **28000.003**

Dear Mr. Weltin:

The deposition of Chief Officer Anil Samyal will go forward in Seattle on September 10, 2008. We are more than happy to arrange for you to appear telephonically if you should choose to do so.

The notice of deposition, sent via fax and U.S. Mail on September 3, 2008, was reasonable. We notified you as soon as we learned that Chief Officer Anil Samyal could be made available for deposition on September 10, 2008, during his vessel's port call in Seattle. This should not come as a surprise to you, as you were informed in July that Samyal's deposition would likely take place in September.

There is great need to take Samyal's deposition at this time, given that he will be getting off ship and returning home to India. He does not expect to board another ship for about six (6) months.

As you are undoubtedly aware, maritime attorneys are frequently in the position of taking depositions on an abbreviated notice period given the schedules of merchant seamen. We apologize for any inconvenience caused by the timing of this deposition, but given the limited availability of Chief Officer Samyal, we currently have no other options.

We are sorry that Ms. Carlmar will be unable to attend the mediation- it was a surprise to us as well. Ms. Carlmar is familiar with the case and will be available on the telephone during the mediation.

Very truly yours,

*Ton. Bates*

Talcott N. Bates, for

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

TNB:tab