Philip R. Weltin, Esq. SBN 46141
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile  (510) 251-6040

Attorneys for Plaintiff
Thomas Villeggiante

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VILLEGGIANTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HYUNDAI MERCHANT MARINE CO. LTD;<br>HYUNDAI AMERICA SHIPPING AGENCY,<br>INC; THOR DAHL CONTAINERSHIP KS;<br>JAHRE-WALLEM AS and DOES 1-40,<br><br>　　　　Defendants. | Case No. 3:07-CV-04864-SC<br><br>*Hon. Samuel Conti*<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>**F.R.C.P. 26(c)(1)(B)**<br><br>Date:  October 8, 2008<br>Time:  10:00 a.m.<br>To be referred to Magistrate Judge |

　　　　Plaintiff Thomas Villeggiante's Motion for Protective Order came on for hearing at 10:00 a.m. on October 8, 2008 in the above-captioned court.  After full consideration of the pleadings on file, as well as oral argument, the Court rules as follows:

　　　　Plaintiffs' Motion for Protective Order pursuant to F.R.C.P. 26(c)(1)(B) is GRANTED. The deposition of Chief Officer Anil Samyal is to take place at a time mutually convenient to all parties, after the parties confer regarding the scheduling of the deposition pursuant to Civil

1

Local Rule 30-1.  The Court further orders that the deposition of Chief Officer Samyal take place within the Northern District of California.

IT IS SO ORDERED.

Dated: _____

_____
Magistrate Judge