Philip R. Weltin, Esq. SBN 46141
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California  94612
Telephone (510) 251-6060
Facsimile   (510) 251-6040

Attorneys for Plaintiff
Thomas Villeggiante

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VILLEGGIANTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HYUNDAI MERCHANT MARINE CO. LTD;<br>HYUNDAI AMERICA SHIPPING AGENCY,<br>INC; THOR DAHL CONTAINERSHIP KS;<br>JAHRE-WALLEM AS and DOES 1-40,<br><br>　　　　　Defendants. | Case No. 3:07-CV-04864-SC<br><br>*Hon. Samuel Conti*<br><br>**PLAINTIFF'S MOTION TO RECOVER REASONABLE EXPENSES OF MOTION FOR PROTECTIVE ORDER**<br><br>**F.R.C.P. 37**<br><br>Date:  October 8, 2008<br>Time:  10:00 a.m.<br>To be referred to Magistrate Judge |

To Defendants and Their Respective Attorneys of Record:

Please take notice that on October 8, 2008, at 10:00 a.m. or as soon thereafter as the matter may be heard in the above entitled court, plaintiff will, and hereby, does move this Court for an order requiring that defendants Thor Dahl Containerships and Jahre-Wallem AS and/or their attorney of record pay plaintiffs' counsel the reasonable expenses incurred in moving this court for a protective order.

If a motion for a protective order is granted, the court must require the party whose conduct necessitated the filing of the motion, or its attorney, to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees. F.R.C.P. 37(a)(5)(A). Here, defendants necessitated the filing of the instant motion for a protective order by refusing to confer regarding the scheduling of the deposition of Chief Officer Anil Samyal prior to noticing that deposition, and by refusing to alter the location and date of Chief Officer Samyal's deposition.

In addition, by refusing to confer with counsel for plaintiff regarding the schedule of Chief Officer Samyal's deposition prior to noticing that deposition, defendants violated Civil Local Rule 30-1. Failure to comply with local rules is itself sanctionable. Civ. L. R. 1-4.

Plaintiff has spent three hours preparing the instant motion for a protective order. Decl. of Philip R. Weltin, ¶ 2. Plaintiff's counsel has over 30 years of experience in maritime litigation, and regularly bills as the reasonable rate of $400 per hour. *Id.* Plaintiff's counsel routinely earns in excess of $400 per hour in contingency fee matters. *Id.* Accordingly, plaintiff requests the costs and attorney's fees associated with plaintiff's motion for a protective order in the amount of $1,200.

Dated: September 4, 2008                           WELTIN LAW OFFICE

                                                   _____
                                                   Philip R. Weltin
                                                   Attorneys for Plaintiff