Philip R. Weltin, Esq. SBN 46141
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile  (510) 251-6040

Attorneys for Plaintiff
Thomas Villeggiante

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VILLEGGIANTE,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MERCHANT MARINE CO. LTD; HYUNDAI AMERICA SHIPPING AGENCY, INC; THOR DAHL CONTAINERSHIP KS; JAHRE-WALLEM AS and DOES 1-40,<br><br>Defendants. | Case No. 3:07-CV-04864-SC<br><br>*Hon. Samuel Conti*<br><br>**DECLARATION OF PHILIP R. WELTIN IN SUPPORT OF PLAINTIFF'S MOTION TO RECOVER REASONABLE EXPENSES OF MOTION FOR PROTECTIVE ORDER**<br><br>F.R.C.P. 37<br><br>Date:  October 8, 2008<br>Time:  10:00 a.m.<br>To be referred to Magistrate Judge |

I, Philip R. Weltin, hereby declare:

1.     I am an attorney duly licensed to practice law in the State of California and am an attorney in the Weltin Law Office, P.C., attorneys of record for plaintiff Thomas Villeggiante.

2.     I have spent three hours drafting the underlying motion for a protective order. I have over 30 years of experience in maritime litigation, and I regularly bill at the reasonable hourly rate of $400 per hour. I regularly earn in excess of $400 per hour in contingency fee matters.

---

1

3:07-cv-04864-SC
Declaration of Philip R. Weltin in Support of Plaintiff's Motion to Recover Reasonable Expenses of Motion for Protective Order

I declare under penalty of perjury the above is true and correct and that this declaration was executed in the County of Alameda.

Dated: September 4, 2008         WELTIN LAW OFFICE

_____
Philip R. Weltin
Attorneys for Plaintiff

2

3:07-cv-04864-SC
Declaration of Philip R. Weltin in Support of Plaintiff's Motion to Recover Reasonable Expenses of Motion for Protective Order