Philip R. Weltin, Esq. SBN 46141
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile (510) 251-6040

Attorneys for Plaintiff
Thomas Villeggiante

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS VILLEGGIANTE, | Case No. 3:07-CV-04864-SC |
|---|---|
| Plaintiff, | *Hon. Samuel Conti* |
| v. | [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO RECOVER REASONABLE EXPENSES OF MOTION FOR PROTECTIVE ORDER |
| HYUNDAI MERCHANT MARINE CO. LTD; HYUNDAI AMERICA SHIPPING AGENCY, INC; THOR DAHL CONTAINERSHIP KS; JAHRE-WALLEM AS and DOES 1-40, | F.R.C.P. 37 |
| Defendants. | Date: October 8, 2008<br>Time: 10:00 a.m.<br>To be referred to Magistrate Judge |

Plaintiff Thomas Villeggiante's Motion to Recover Reasonable Expenses of Motion for Protective Order came on for hearing at 10:00 a.m. on October 8, 2008 in the above-captioned court. After full consideration of the pleadings on file, as well as oral argument, the Court rules as follows:

Plaintiffs' Motion to Recover Reasonable Expenses of Motion for Protective Order pursuant to F.R.C.P. 37(a)(5)(A) is GRANTED. Defendant and its attorney are ordered to pay sanctions in the amount of $1,200 to counsel for plaintiffs.

IT IS SO ORDERED.

Dated: _____          _____
                                                                        Magistrate Judge