IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VILLEGGIANTE, | No. C-07-4864-SC |
| Plaintiff, | **ORDER OF REFERENCE TO A MAGISTRATE JUDGE** |
| v. | |
| HYUNDAI MERCHANT MARINE, et al., | |
| Defendant. | |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that  Plaintiff's Motion for Protective Order, Plaintiff's Motion to Recover Reasonable Expenses of Motion for Protective Order  and all further discovery matters are referred to a Magistrate Judge to be heard and considered at the convenience of his or her calendar. Counsel will be advised of the date, time and place of the hearing by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: September 5, 2008

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE