United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VILLEGGIANTE, | No. C-07-4684 SC (EMC) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| HYUNDAI MERCHANT MARINE CO., LTD., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a telephonic hearing on Plaintiff's Motion for Protective Order (Docket No. 19) is set for **September 8, 2008, at 11:00 a.m.** before Magistrate Judge Edward M. Chen, 450 Golden Gate Avenue, Courtroom C, 15th Floor, San Francisco, CA 94102. Counsel shall initiate the conference call and contact this Court at (415) 522-4050. Opposition shall be electronically filed ("e-filed") by 5:00 p.m., September 5, 2008. No reply shall be filed.

Dated: September 5, 2008                                    RICHARD W. WIEKING, CLERK


By: _____/s/_____
      Leni Doyle
      Deputy Clerk