**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** September 8, 2008

**Case No:** C-07-4864 SC (EMC)          **FTR Time:**   10:57 - 11:18

**Case Name:** Thomas Villeggiante v. Hyundai Merchant Marine Co. Ltd., et al.

   **Attorneys:**   Philip Weltin for Plaintiff
            James Tamulski for Defendant

   **Deputy Clerk:** Leni Doyle


**PROCEEDINGS:**

PLAINTIFF'S MOTION FOR PROTECTIVE ORDER - Held


**ORDERED AFTER HEARING:**   Plaintiff's Motion for Protective Order (#19) is **DENIED**; deposition shall go forward.  Plaintiff's Motion for Sanctions (#20) is **DENIED**.  Counsel are to meet and confer re production of documents.  If counsel cannot resolve dispute, a brief, joint letter shall be electronically filed ("e-filed") and faxed to the Court (FAX #415-522-4200).  Court to issue Order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [X]  Court

**Case continued to:**          N/A

cc: EMC, SC