EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 227-9455
Facsimile:   (415) 227-4255
E-Mail:   jtamulski@edptlaw.com
         kessick@edptlaw.com

Attorneys for Defendants
THOR DAHL CONTAINERSHIPS and
JAHRE-WALLEM AS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS VILLEGGIANTE,<br><br>      Plaintiff,<br><br>   vs.<br><br>HYUNDAI MERCHANT MARINE CO. LTD.; HYUNDAI AMERICAN SHIPPING AGENCY INC.; THOR DAHL CONTAINERSHIPS KS; JAHRE-WALLEM AS and DOES 1-40,<br><br>      Defendants. | Case No.:  C 07-04864 SC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No.: C 07-04864 SC

1  The parties have settled the captioned matter and hereby stipulate that it be dismissed with
2  prejudice.

3  Dated: September 26, 2008     WELTIN LAW OFFICE, PC

4
5                                 By_____
                                    Philip R. Weltin
6                                   Attorneys for Plaintiff JAMES HAYNES

7
   Dated: September 24, 2008    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
8
9
                                 By_____
10                                  James J. Tamulski
                                    Katharine Essick
11                                  Attorneys for Defendants THOR DAHL CONTAINERSHIPS and
                                    JAHRE-WALLEM AS
12



IT IS SO ORDERED
Judge Samuel Conti

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No.: C 07-04864 SC